# EXHIBIT A

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**

**PAu 3-666-793**

Effective date of registration:

February 8, 2013

## Title

Title of Work: Errors of the Human Body

## Completion/Publication

Year of Completion: 2012

## Author

- Author: Instinctive Film GmbH
  Author Created: entire motion picture
  Work made for hire: Yes

## Copyright claimant

Copyright Claimant: Instinctive Film GmbH
Husemannstr. 21, Berlin, 10435, Germany

## Rights and Permissions

Name: Instinctive Film GmbH
Email: mb@instinctivefilm.com
Address: Husemannstr. 21
Berlin, 10435 Germany

Telephone: 493-021-9655 70

## Certification

Name: Darryn William Maurice Welch
Date: April 30, 2013

Correspondence: Yes
Copyright Office notes: Regarding certification: Certification affirmed by email with Darryn William Maurice Welch on 04/30/2013.

# EXHIBIT B

| No | IP Address | GUID | P2PClient | HitDateUTC (MM/DD/YY) | FileName | FileHash | ISP | Region | City |
|---|---|---|---|---|---|---|---|---|---|
| 1 | 67.173.109.17 | 2D5554333233302D21704476F007C6E89A3F0015 | µTorrent 3.2.3 | 05/26/2013 06:53:35 AM | Errors of.the.Human Body.2012.WEBRip XViD juggs | SHA1: 6BBA5BE7C8C054013262CB98BF57991C85BCEED7 | Comcast Cable | Illinois | Vernon Hills |
| 2 | 50.151.46.112 | 2D5452323531302D75756336376574393472706E | Transmission 2.51 | 05/25/2013 10:30:04 PM | Errors of.the.Human Body.2012.WEBRip XViD juggs | SHA1: 6BBA5BE7C8C054013262CB98BF57991C85BCEED7 | Comcast Cable | Illinois | Chicago |
| 3 | 71.194.188.14 | 4D372D382D302D2DEC733E21697BC8E970951BF3 | BitTorrent 7.8.0 | 05/25/2013 09:48:24 PM | Errors of.the.Human Body.2012.WEBRip XViD juggs | SHA1: 6BBA5BE7C8C054013262CB98BF57991C85BCEED7 | Comcast Cable | Illinois | Hanover Park |
| 4 | 69.47.254.185 | 2D415A353030302D346B50475449717A4B713572 | Vuze 5.0.0.0 | 05/24/2013 01:09:27 PM | Errors of.the.Human Body.2012.WEBRip XViD juggs | SHA1: 6BBA5BE7C8C054013262CB98BF57991C85BCEED7 | WideOpenWest | Illinois | Chicago |
| 5 | 76.29.33.232 | 2D415A343930302D634A586F4C72323056505944 | Vuze 4.9.0.0 | 05/21/2013 09:44:38 PM | Errors of.the.Human Body.2012.WEBRip XViD juggs | SHA1: 6BBA5BE7C8C054013262CB98BF57991C85BCEED7 | Comcast Cable | Illinois | Chicago |
| 6 | 67.184.105.233 | 2D4241333330302D4970245CE24B30528B040FE5 | -BA3300- | 05/18/2013 10:44:45 PM | Errors of.the.Human Body.2012.WEBRip XViD juggs | SHA1: 6BBA5BE7C8C054013262CB98BF57991C85BCEED7 | Comcast Cable | Illinois | Mchenry |
| 7 | 98.220.204.7 | 2D5554333132302D95681AE05FCB1EC5D1168EE0 | µTorrent 3.1.2 | 05/17/2013 04:17:53 AM | Errors of.the.Human Body.2012.WEBRip XViD juggs | SHA1: 6BBA5BE7C8C054013262CB98BF57991C85BCEED7 | Comcast Cable | Illinois | Plano |
| 8 | 69.137.245.103 | 2D415A353030302D4E4D59623546457443684968 | Vuze 5.0.0.0 | 05/17/2013 03:26:54 AM | Errors of.the.Human Body.2012.WEBRip XViD juggs | SHA1: 6BBA5BE7C8C054013262CB98BF57991C85BCEED7 | Comcast Cable | Illinois | Park Forest |
| 9 | 76.16.38.244 | 2D5554333330302DB8973492B0D99D841FB0642AF | µTorrent 3.3.0 | 05/17/2013 12:14:20 AM | Errors of.the.Human Body.2012.WEBRip XViD juggs | SHA1: 6BBA5BE7C8C054013262CB98BF57991C85BCEED7 | Comcast Cable | Illinois | Chicago |
| 10 | 71.194.50.110 | 2D415A343730322D5231674C4649495171505776 | Vuze 4.7.0.2 | 05/16/2013 08:43:29 PM | Errors of.the.Human Body.2012.WEBRip XViD juggs | SHA1: 6BBA5BE7C8C054013262CB98BF57991C85BCEED7 | Comcast Cable | Illinois | Mchenry |
| 11 | 98.193.15.200 | 2D5554333330302DEC72F43F1A4888B69E38C3FE | µTorrent 3.3.0 | 05/10/2013 08:16:52 PM | Errors of.the.Human Body.2012.WEBRip XViD juggs | SHA1: 6BBA5BE7C8C054013262CB98BF57991C85BCEED7 | Comcast Cable | Illinois | Waukegan |
| 12 | 98.223.130.212 | 2D5554333330302DB973B8361F90989DDFDE7222 | µTorrent 3.3.0 | 05/09/2013 05:12:40 PM | Errors of.the.Human Body.2012.WEBRip XViD juggs | SHA1: 6BBA5BE7C8C054013262CB98BF57991C85BCEED7 | Comcast Cable | Illinois | Chicago |
| 13 | 50.158.156.222 | 2D5554333330302DB973BEBD105DE89AF9B25DAC | µTorrent 3.3.0 | 05/09/2013 12:19:28 PM | Errors of.the.Human Body.2012.WEBRip XViD juggs | SHA1: 6BBA5BE7C8C054013262CB98BF57991C85BCEED7 | Comcast Cable | Illinois | Barrington |
| 14 | 68.58.61.1 | 2D5554323231302D2A62BCF6C40B94F9905EA37D | µTorrent 2.2.1 | 05/08/2013 06:53:59 PM | Errors of.the.Human Body.2012.WEBRip XViD juggs | SHA1: 6BBA5BE7C8C054013262CB98BF57991C85BCEED7 | Comcast Cable | Illinois | Carol Stream |
| 15 | 71.201.62.211 | 2D554D313032302D8F5BF0FE82CF72511C0F9161 | µTorrent Mac 1.0.2 | 05/07/2013 02:38:53 AM | Errors of.the.Human Body.2012.WEBRip XViD juggs | SHA1: 6BBA5BE7C8C054013262CB98BF57991C85BCEED7 | Comcast Cable | Illinois | Chicago |
| 16 | 71.194.213.178 | 2D5554333133302D6A6BB956863C3CAF71C336C2 | µTorrent 3.1.3 | 05/06/2013 03:17:28 PM | Errors of.the.Human Body.2012.WEBRip XViD juggs | SHA1: 6BBA5BE7C8C054013262CB98BF57991C85BCEED7 | Comcast Cable | Illinois | Chicago |
| 17 | 98.223.130.8 | 2D415A343930302D6770586C57526B577672576E | Vuze 4.9.0.0 | 05/05/2013 08:05:36 AM | Errors of.the.Human Body.2012.WEBRip XViD juggs | SHA1: 6BBA5BE7C8C054013262CB98BF57991C85BCEED7 | Comcast Cable | Illinois | Chicago |
| 18 | 50.158.111.97 | 4D372D382D302D2DBA7372BE6678A7A36B6B5016 | BitTorrent 7.8.0 | 05/03/2013 06:34:53 PM | Errors of.the.Human Body.2012.WEBRip XViD juggs | SHA1: 6BBA5BE7C8C054013262CB98BF57991C85BCEED7 | Comcast Cable | Illinois | Chicago |
| 19 | 71.201.85.138 | 2D5554333330302DB973083EFDF58AD637C199D0 | µTorrent 3.3.0 | 05/02/2013 06:01:31 AM | Errors of.the.Human Body.2012.WEBRip XViD juggs | SHA1: 6BBA5BE7C8C054013262CB98BF57991C85BCEED7 | Comcast Cable | Illinois | Wheeling |
| 20 | 98.253.224.2 | 2D415A343930302D6D7750647059683477554637 | Vuze 4.9.0.0 | 04/30/2013 09:52:53 AM | Errors of.the.Human Body.2012.WEBRip XViD juggs | SHA1: 6BBA5BE7C8C054013262CB98BF57991C85BCEED7 | Comcast Cable | Illinois | Woodridge |
| 21 | 71.201.227.74 | 2D554D313834302D067364BCDE43DF8CCF92AECA | µTorrent Mac 1.8.4 | 04/30/2013 02:55:21 AM | Errors of.the.Human Body.2012.WEBRip XViD juggs | SHA1: 6BBA5BE7C8C054013262CB98BF57991C85BCEED7 | Comcast Cable | Illinois | Villa Park |
| 22 | 98.212.210.248 | 2D5554333330302D9A71A4E556FD7B4DE7BACCS6 | µTorrent 3.3.0 | 04/30/2013 01:32:07 AM | Errors of.the.Human Body.2012.WEBRip XViD juggs | SHA1: 6BBA5BE7C8C054013262CB98BF57991C85BCEED7 | Comcast Cable | Illinois | Round Lake |
| 23 | 67.162.102.146 | 4D372D372D322D2D536FF636DD4ABDD5203117A1 | BitTorrent 7.7.2 | 04/30/2013 01:27:43 AM | Errors of.the.Human Body.2012.WEBRip XViD juggs | SHA1: 6BBA5BE7C8C054013262CB98BF57991C85BCEED7 | Comcast Cable | Illinois | Chicago |
| 24 | 76.16.189.194 | 2D5554333231302DB66D0533091BD3BA8A356D5F | µTorrent 3.2.1 | 04/29/2013 09:14:45 PM | Errors of.the.Human Body.2012.WEBRip XViD juggs | SHA1: 6BBA5BE7C8C054013262CB98BF57991C85BCEED7 | Comcast Cable | Illinois | Evergreen Park |
| 25 | 67.173.180.110 | 2D415A343930302D47365A386C437A7458423977 | Vuze 4.9.0.0 | 04/29/2013 02:04:13 PM | Errors of.the.Human Body.2012.WEBRip XViD juggs | SHA1: 6BBA5BE7C8C054013262CB98BF57991C85BCEED7 | Comcast Cable | Illinois | Bellwood |
| 26 | 98.226.230.208 | 2D415A343830302D74414C6672554465674E356C | Vuze 4.8.0.0 | 04/29/2013 11:40:29 AM | Errors of.the.Human Body.2012.WEBRip XViD juggs | SHA1: 6BBA5BE7C8C054013262CB98BF57991C85BCEED7 | Comcast Cable | Illinois | Chicago |
| 27 | 69.47.146.51 | 2D5554333330302D6873DEC28BC440C238171509 | µTorrent 3.3.0 | 04/29/2013 03:10:24 PM | Errors of.the.Human Body.2012.WEBRip XViD juggs | SHA1: 6BBA5BE7C8C054013262CB98BF57991C85BCEED7 | WideOpenWest | Illinois | Elgin |
| 28 | 71.239.139.4 | 2D415A343930302D654C584634574C7558544866 | Vuze 4.9.0.0 | 04/29/2013 03:02:45 AM | Errors of.the.Human Body.2012.WEBRip XViD juggs | SHA1: 6BBA5BE7C8C054013262CB98BF57991C85BCEED7 | Comcast Cable | Illinois | Chicago |
| 29 | 98.212.123.153 | 2D4243303133352DB261715CF50A5C244277599F | BitComet 1.35 | 04/29/2013 02:44:10 AM | Errors of.the.Human Body.2012.WEBRip XViD juggs | SHA1: 6BBA5BE7C8C054013262CB98BF57991C85BCEED7 | Comcast Cable | Illinois | Chicago |
| 30 | 98.226.227.228 | 2D4241333330302DB8702AA525B4131D54AD934B | -BA3300- | 04/29/2013 02:06:31 AM | Errors of.the.Human Body.2012.WEBRip XViD juggs | SHA1: 6BBA5BE7C8C054013262CB98BF57991C85BCEED7 | Comcast Cable | Illinois | Chicago |
| 31 | 98.228.187.162 | 2D5554333230302DCA6CC6B7330E2FC5A19338B0 | µTorrent 3.2.0 | 04/29/2013 01:51:30 AM | Errors of.the.Human Body.2012.WEBRip XViD juggs | SHA1: 6BBA5BE7C8C054013262CB98BF57991C85BCEED7 | Comcast Cable | Illinois | Dekalb |
| 32 | 98.213.176.152 | 2D415A343930312D6769776A4A31416E71356D39 | Vuze 4.9.0.1 | 04/28/2013 10:06:33 PM | Errors of.the.Human Body.2012.WEBRip XViD juggs | SHA1: 6BBA5BE7C8C054013262CB98BF57991C85BCEED7 | Comcast Cable | Illinois | Chicago |
| 33 | 24.1.182.105 | 2D5554333330302D687382AC53783A89F7672D2C | µTorrent 3.3.0 | 04/28/2013 08:47:12 PM | Errors of.the.Human Body.2012.WEBRip XViD juggs | SHA1: 6BBA5BE7C8C054013262CB98BF57991C85BCEED7 | Comcast Cable | Illinois | Chicago |
| 34 | 68.54.218.53 | 2D415A343731322D6B514A423570363779436344 | Vuze 4.7.1.2 | 04/28/2013 03:52:28 PM | Errors of.the.Human Body.2012.WEBRip XViD juggs | SHA1: 6BBA5BE7C8C054013262CB98BF57991C85BCEED7 | Comcast Cable | Illinois | Chicago |

| # | IP | Hash | Client | Date/Time | File | SHA1 | ISP | State | City |
|---|---|---|---|---|---|---|---|---|---|
| 35 | 24.15.252.150 | 2D415A343530342D6738336C3631555A34656D41 | Vuze 4.5.0.4 | 04/28/2013 03:52:42 PM | Errors.of.the.Human.Body.2012.WEBRip.XViD.juggs | SHA1: 6BBA5BE7C8C054013262CB98BF57991C85BCEED7 | Comcast Cable | Illinois | Elk Grove Village |
| 36 | 98.253.45.20 | 2D5554333330302DC67170E1A7E6B15F9A35861B | µTorrent 3.3.0 | 04/28/2013 03:17:50 PM | Errors.of.the.Human.Body.2012.WEBRip.XViD.juggs | SHA1: 6BBA5BE7C8C054013262CB98BF57991C85BCEED7 | Comcast Cable | Illinois | Rockford |
| 37 | 98.223.81.230 | 2D5554333330302DC671743780300CC2EE8A23C1 | µTorrent 3.3.0 | 04/28/2013 02:56:37 PM | Errors.of.the.Human.Body.2012.WEBRip.XViD.juggs | SHA1: 6BBA5BE7C8C054013262CB98BF57991C85BCEED7 | Comcast Cable | Illinois | Palos Heights |
| 38 | 24.15.22.133 | 2D415A343730322D384947614A556A703038664F | Vuze 4.7.0.2 | 04/28/2013 02:30:52 PM | Errors.of.the.Human.Body.2012.WEBRip.XViD.juggs | SHA1: 6BBA5BE7C8C054013262CB98BF57991C85BCEED7 | Comcast Cable | Illinois | Chicago |
| 39 | 24.1.175.197 | 2D5554333330302D6873295308C124FA4256C880 | µTorrent 3.3.0 | 04/28/2013 02:12:31 PM | Errors.of.the.Human.Body.2012.WEBRip.XViD.juggs | SHA1: 6BBA5BE7C8C054013262CB98BF57991C85BCEED7 | Comcast Cable | Illinois | Chicago |
| 40 | 50.151.48.24 | 4D372D382D302D2D697376D0D27212618788455 | BitTorrent 7.8.0 | 04/28/2013 01:52:39 PM | Errors.of.the.Human.Body.2012.WEBRip.XViD.juggs | SHA1: 6BBA5BE7C8C054013262CB98BF57991C85BCEED7 | Comcast Cable | Illinois | Chicago |
| 41 | 98.228.164.178 | 2D5554333330302D6873BF2C18EBB1696A03E6A3 | µTorrent 3.3.0 | 04/28/2013 12:34:58 PM | Errors.of.the.Human.Body.2012.WEBRip.XViD.juggs | SHA1: 6BBA5BE7C8C054013262CB98BF57991C85BCEED7 | Comcast Cable | Illinois | Westchester |
| 42 | 98.227.245.248 | 2D415A343930302D6E3667384530344A5358456C | Vuze 4.9.0.0 | 04/28/2013 12:27:30 PM | Errors.of.the.Human.Body.2012.WEBRip.XViD.juggs | SHA1: 6BBA5BE7C8C054013262CB98BF57991C85BCEED7 | Comcast Cable | Illinois | Matteson |
| 43 | 76.29.21.9 | 2D5554333233302D217084010DEB07596502FEEC | µTorrent 3.2.3 | 04/28/2013 12:06:18 PM | Errors.of.the.Human.Body.2012.WEBRip.XViD.juggs | SHA1: 6BBA5BE7C8C054013262CB98BF57991C85BCEED7 | Comcast Cable | Illinois | Niles |
| 44 | 50.129.180.131 | 2D5843323136362D3535393230383223237303634 | Xtorrent 2.1 (66) | 04/28/2013 10:54:38 AM | Errors.of.the.Human.Body.2012.WEBRip.XViD.juggs | SHA1: 6BBA5BE7C8C054013262CB98BF57991C85BCEED7 | Comcast Cable | Illinois | Chicago |
| 45 | 67.186.75.57 | 2D415A343831322D78387530337547667137356 | Vuze 4.8.1.2 | 04/28/2013 10:17:19 AM | Errors.of.the.Human.Body.2012.WEBRip.XViD.juggs | SHA1: 6BBA5BE7C8C054013262CB98BF57991C85BCEED7 | Comcast Cable | Illinois | Matteson |
| 46 | 24.13.198.68 | 2D5554333330302D687305A5D3A6AE0BC6E0ED6 | µTorrent 3.3.0 | 04/28/2013 09:11:25 AM | Errors.of.the.Human.Body.2012.WEBRip.XViD.juggs | SHA1: 6BBA5BE7C8C054013262CB98BF57991C85BCEED7 | Comcast Cable | Illinois | Glenview |
| 47 | 71.239.253.147 | 2D5554333330302D6873DE32F41C6CD8AEE38A42 | µTorrent 3.3.0 | 04/28/2013 08:26:05 AM | Errors.of.the.Human.Body.2012.WEBRip.XViD.juggs | SHA1: 6BBA5BE7C8C054013262CB98BF57991C85BCEED7 | Comcast Cable | Illinois | Chicago |
| 48 | 67.173.4.192 | 2D5554333031302DC067F5A771B26E96554609F1 | µTorrent 3.0.1 | 04/28/2013 08:27:04 AM | Errors.of.the.Human.Body.2012.WEBRip.XViD.juggs | SHA1: 6BBA5BE7C8C054013262CB98BF57991C85BCEED7 | Comcast Cable | Illinois | Chicago |
| 49 | 98.220.27.62 | 2D5554333331422DFE72AD2190D08819AE346030 | µTorrent 3.3.1 (Beta) | 04/28/2013 04:07:34 AM | Errors.of.the.Human.Body.2012.WEBRip.XViD.juggs | SHA1: 6BBA5BE7C8C054013262CB98BF57991C85BCEED7 | Comcast Cable | Illinois | Rockford |
| 50 | 64.53.223.213 | 2D5554333330302D5D738C74A11DE3BFE1D2B96B | µTorrent 3.3.0 | 04/28/2013 03:44:00 AM | Errors.of.the.Human.Body.2012.WEBRip.XViD.juggs | SHA1: 6BBA5BE7C8C054013262CB98BF57991C85BCEED7 | WideOpenWest | Illinois | Schaumburg |
| 51 | 50.141.191.9 | 2D5452323737302D72656C7274726F787A633579 | Transmission 2.77 | 04/28/2013 03:46:47 AM | Errors.of.the.Human.Body.2012.WEBRip.XViD.juggs | SHA1: 6BBA5BE7C8C054013262CB98BF57991C85BCEED7 | Comcast Cable | Illinois | Chicago |
| 52 | 71.194.215.88 | 2D4243303133342D0B59B0970970717B28F48796 | BitComet 1.34 | 04/28/2013 03:12:52 AM | Errors.of.the.Human.Body.2012.WEBRip.XViD.juggs | SHA1: 6BBA5BE7C8C054013262CB98BF57991C85BCEED7 | Comcast Cable | Illinois | Villa Park |
| 53 | 67.175.22.24 | 2D5452323631302D626132653679386A72723865 | Transmission 2.61 | 04/28/2013 01:33:24 AM | Errors.of.the.Human.Body.2012.WEBRip.XViD.juggs | SHA1: 6BBA5BE7C8C054013262CB98BF57991C85BCEED7 | Comcast Cable | Illinois | Palos Heights |
| 54 | 50.141.203.226 | 2D415A343831322D33676D7A5672676E61795269 | Vuze 4.8.1.2 | 04/28/2013 12:44:46 AM | Errors.of.the.Human.Body.2012.WEBRip.XViD.juggs | SHA1: 6BBA5BE7C8C054013262CB98BF57991C85BCEED7 | Comcast Cable | Illinois | Chicago |
| 55 | 24.7.254.114 | 2D4243303132392D8F901CFB4951503F211B39F0 | BitComet 1.29 | 04/28/2013 12:32:03 AM | Errors.of.the.Human.Body.2012.WEBRip.XViD.juggs | SHA1: 6BBA5BE7C8C054013262CB98BF57991C85BCEED7 | Comcast Cable | Illinois | Oak Lawn |
| 56 | 71.194.81.15 | 2D5554313833302D703DF4CAC12964896EABD6FB | µTorrent 1.8.3 | 04/28/2013 12:14:27 AM | Errors.of.the.Human.Body.2012.WEBRip.XViD.juggs | SHA1: 6BBA5BE7C8C054013262CB98BF57991C85BCEED7 | Comcast Cable | Illinois | Monee |
| 57 | 71.239.203.112 | 2D4C54304630302D482E31433571587846342D21 | libtorrent (Rasterbar) 0.15.0 | 04/27/2013 11:59:03 PM | Errors.of.the.Human.Body.2012.WEBRip.XViD.juggs | SHA1: 6BBA5BE7C8C054013262CB98BF57991C85BCEED7 | Comcast Cable | Illinois | Dolton |